

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00723-CV

Jad P. **HARPER** and Juan Carlos Garcia,
Appellants

v.

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY** and Aslam S. Gilani,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-07-26624-MCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

Appellants' brief was due February 13, 2014. Neither the brief nor a motion for extension of time was filed.

We therefore **ORDER** appellants to file, **on or before March 3, 2014**, their appellants' brief and a written response reasonably explaining their failure to timely file the brief. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

We **order** the clerk of this court to serve a copy of this order on all parties and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.

_____
Keith E. Hottle
Clerk of Court